UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HEATHER JACKSON, and<br>JAMES ALAN JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV423-051 |

## ORDER

The Court's General Order directed the parties to submit a Rule 26(f) Report "conforming to the language and format" of the form attached to the Order. Doc. 4 at 1; *see also id.* at 3-8 (Rule 26(f) Report form). The parties submitted a Rule 26(f) Report using a different form. Doc. 18. Accordingly, that report is **TERMINATED**. Doc. 18. The parties are **DIRECTED** to file a renewed Rule 26(f) Report using the proper form within seven days from the date of entry of this Order.

**SO ORDERED**, this 21st day of April, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA