UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HEATHER JACKSON and JAMES ALAN JACKSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV423-051 |
| GUILD MORTGAGE COMPANY, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

    Discovery closed in this case on September 12, 2023. Doc. 26 at 2. The parties now jointly move to reopen and extend discovery. Doc. 31. The parties have engaged in multiple settlement conferences and corresponded in an attempt to resolve Plaintiff's claims. *See id.* at 1. While they have completed written discovery, they believe that certain additional depositions are necessary to determine if the case can be resolved without further litigation. *Id.* at 1-2. Therefore, they ask the Court to reopen discovery and extend their deadline so they can "ultimately determine if the case can be resolved." *Id.* at 2.

1

For good cause shown, the Court **GRANTS** the joint motion to reopen and extend discovery, doc. 31, pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rule 26.2. The Court imposes the following deadlines in the above-styled case:[1]

| | |
|---|---|
| **CLOSE OF DISCOVERY** | January 11, 2024 |
| **JOINT STATUS REPORT DUE** | January 26, 2024 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | February 11, 2024 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 6th day of October, 2023.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The deadlines for the parties to exchange initial disclosures, file motions to amend, and exchange expert witness reports have all expired. *See* doc. 26. The parties do not ask to reopen any of those deadlines. *See* doc. 31.